IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
*In re*                                               :  Chapter 11
                                                      :
Overseas Shipholding Group, Inc., *et al.*,           :  Case No. 12-20000 (PJW)
                                                      :
                           Debtors.[1]                :  Jointly Administered
                                                      :
                                                      :  Re: D.I. 2619, 2811, 2890
------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1 (NO LIABILITY ASBESTOS CLAIMS)

Upon the Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R 3007-1 (No Liability

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Overseas Shipholding Group, Inc. (7623); OSG International, Inc. (7117); OSG Bulk Ships, Inc. (2600); 1372 Tanker Corporation (4526); Africa Tanker Corporation (9119); Alcesmar Limited (5306); Alcmar Limited (5307); Alpha Suezmax Corporation (1684); Alpha Tanker Corporation (6063); Amalia Product Corporation (3808); Ambermar Product Carrier Corporation (8898); Ambermar Tanker Corporation (7100); Andromar Limited (5312); Antigmar Limited (5303); Aqua Tanker Corporation (7408); Aquarius Tanker Corporation (9161); Ariadmar Limited (5301); Aspro Tanker Corporation (4152); Atalmar Limited (5314); Athens Product Tanker Corporation (9565); Atlas Chartering Corporation (8720); Aurora Shipping Corporation (5649);Avila Tanker Corporation (4155); Batangas Tanker Corporation (8208); Beta Aframax Corporation (9893); Brooklyn Product Tanker Corporation (2097); Cabo Hellas Limited (5299); Cabo Sounion Limited (5296); Caribbean Tanker Corporation (6614); Carina Tanker Corporation (9568); Carl Product Corporation (3807); Concept Tanker Corporation (9150); Crown Tanker Corporation (6059); Delphina Tanker Corporation (3859); Delta Aframax Corporation (9892); DHT Ania Aframax Corp. (9134); DHT Ann VLCC Corp. (9120); DHT Cathy Aframax Corp. (9142); DHT Chris VLCC Corp. (9122); DHT Rebecca Aframax Corp. (9143); DHT Regal Unity VLCC Corp. (9127); DHT Sophie Aframax Corp. (9138); Dignity Chartering Corporation (6961); Edindun Shipping Corporation (6412); Eighth Aframax Tanker Corporation (8100); Epsilon Aframax Corporation (9895); First Chemical Carrier Corporation (2955); First LPG Tanker Corporation (9757); First Union Tanker Corporation (4555); Fourth Aframax Tanker Corporation (3887); Front President Inc. (1687); Goldmar Limited (0772); GPC Aframax Corporation (6064); Grace Chartering Corporation (2876); International Seaways, Inc. (5624); Jademar Limited (7939); Joyce Car Carrier Corporation (1737); Juneau Tanker Corporation (2863); Kimolos Tanker Corporation (3005); Kythnos Chartering Corporation (3263); Leo Tanker Corporation (9159); Leyte Product Tanker Corporation (9564); Limar Charter Corporation (9567); Luxmar Product Tanker Corporation (3136); Luxmar Tanker LLC (4675); Majestic Tankers Corporation (6635); Maple Tanker Corporation (5229); Maremar Product Tanker Corporation (3097); Maremar Tanker LLC (4702); Marilyn Vessel Corporation (9927); Maritrans General Partner Inc. (8169); Maritrans Operating Company L.P. (0496); Milos Product Tanker Corporation (9563); Mindanao Tanker Corporation (8192); Mykonos Tanker LLC (8649); Nedimar Charter Corporation (9566); Oak Tanker Corporation (5234); Ocean Bulk Ships, Inc. (6064); Oceania Tanker Corporation (9164); OSG 192 LLC (7638); OSG 209 LLC (7521); OSG 214 LLC (7645); OSG 215 Corporation (7807); OSG 242 LLC (8002); OSG

Asbestos Claims) (the "Objection"),[2] filed by the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), requesting an Order pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing certain claims identified on Exhibit A attached hereto, pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1; and having reviewed the Ray Declaration attached to the Objection as Exhibit 1; and having reviewed the Fifth Hershey Declaration in support of the Objection (D.I. 2618); and having reviewed Claimants' Reply in Opposition to Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (No Liability Asbestos

---

243 LLC (7647); OSG 244 LLC (3601); OSG 252 LLC (7501); OSG 254 LLC (7495); OSG 300 LLC (3602); OSG 400 LLC (7499); OSG America LLC (2935); OSG America L.P. (2936); OSG America Operating Company LLC (5493); OSG Car Carriers, Inc. (1608);OSG Clean Products International, Inc. (6056); OSG Columbia LLC (7528); OSG Constitution LLC (8003); OSG Courageous LLC (2871); OSG Delaware Bay Lightering LLC (4998); OSG Discovery LLC (8902); OSG Endeavor LLC (5138); OSG Endurance LLC (2876); OSG Enterprise LLC (3604); OSG Financial Corp. (8639); OSG Freedom LLC (3599); OSG Honour LLC (7641); OSG Independence LLC (7296); OSG Intrepid LLC (7294); OSG Liberty LLC (7530); OSG Lightering Acquisition Corporation (N/A); OSG Lightering LLC (0553); OSG Lightering Solutions LLC (5698); OSG Mariner LLC (0509); OSG Maritrans Parent LLC (3903); OSG Navigator LLC (7524); OSG New York, Inc. (4493); OSG Product Tankers AVTC, LLC (0001); OSG Product Tankers I, LLC (8236); OSG Product Tankers II, LLC (8114); OSG Product Tankers, LLC (8347); OSG Product Tankers Member LLC (4705); OSG Quest LLC (1964); OSG Seafarer LLC (7498);OSG Ship Management, Inc. (9004); OSG Valour Inc. (7765); Overseas Allegiance Corporation (7820); Overseas Anacortes LLC (5515); Overseas Boston LLC (3665); Overseas Diligence LLC (6681); Overseas Galena Bay LLC (6676); Overseas Houston LLC (3662); Overseas Integrity LLC (6682); Overseas Long Beach LLC (0724); Overseas Los Angeles LLC (5448); Overseas Martinez LLC (0729); Overseas New Orleans LLC (6680); Overseas New York LLC (0728); Overseas Nikiski LLC (5519); Overseas Perseverance Corporation (7817); Overseas Philadelphia LLC (7993); Overseas Puget Sound LLC (7998); Overseas Sea Swift Corporation (2868); Overseas Shipping (GR) Ltd. (5454); Overseas ST Holding LLC (0011); Overseas Tampa LLC (3656); Overseas Texas City LLC (5520); Pearlmar Limited (7140); Petromar Limited (7138); Pisces Tanker Corporation (6060); Polaris Tanker Corporation (6062); Queens Product Tanker Corporation (2093); Reymar Limited (7131); Rich Tanker Corporation (9147); Rimar Chartering Corporation (9346); Rosalyn Tanker Corporation (4557); Rosemar Limited (7974);Rubymar Limited (0767); Sakura Transport Corp. (5625); Samar Product Tanker Corporation (9570); Santorini Tanker LLC (0791); Serifos Tanker Corporation (3004); Seventh Aframax Tanker Corporation (4558); Shirley Tanker SRL (3551); Sifnos Tanker Corporation (3006); Silvermar Limited (0766); Sixth Aframax Tanker Corporation (4523); Skopelos Product Tanker Corporation (9762); Star Chartering Corporation (2877); Suezmax International Agencies, Inc. (4053);Talara Chartering Corporation (3744); Third United Shipping Corporation (5622); Tokyo Transport Corp. (5626); Transbulk Carriers, Inc. (6070); Troy Chartering Corporation (3742); Troy Product Corporation (6969); Urban Tanker Corporation (9153); Vega Tanker Corporation (3860); View Tanker Corporation (9156); Vivian Tankships Corporation (7542); Vulpecula Chartering Corporation (8718); Wind Aframax Tanker Corporation (9562). The mailing address of the Debtors is: 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

Claims) (D.I. 2811); and having reviewed Debtors' Response in Further Support of Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (No Liability Asbestos Claims) (D.I. 2890); and upon all other documentation filed in connection with the Objection and the Claims; and the Court having subject matter jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding as defined in 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and the legal and factual bases set forth in the Objection having established just cause for the relief therein; and good and sufficient cause appearing therefor;

IT IS HEREBY FOUND AND DETERMINED THAT:[3]

A. Consideration of the Objection and the relief requested therein is a core proceeding as defined in 28 U.S.C. § 157(b). Nothing in the Objection or this Order represents a liquidation or estimation of the claims asserted in the Proofs of Claim such that the provisions of 28 U.S.C. § 157(b)(2)(B) are inapplicable.

B. The Proofs of Claim fail to state a valid basis for the Claims under Section 502(b)(1) of the Bankruptcy Code because the applicable statute of limitations expired before the Petition Date with respect to the Claims asserted in the Proofs of Claim. As all of the Proceedings relating to the Claims were (i) brought by the Claimants in or before 2003 and were dismissed or otherwise closed on or before 2009, or (ii) voluntarily dismissed in 2010 such that

---

[3] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

3

the limitations period was not tolled during the pendency of the Proceedings. As such, the applicable three-year statute of limitation bars assertion of the Claims against the Debtors.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED with respect to each of the Claims identified on Exhibit A hereto, and the Reply is overruled.

2. The Claims are hereby disallowed in full and expunged with prejudice.

3. This Order shall be deemed a separate Order with respect to each of the Claims identified on Exhibit A. Any stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, KCC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 22, 2014
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**Schedule of Claims**

| CLAIM NO | NAME | DEBTOR AGAINST WHICH CLAIM FILED | NON-DEBTOR OSG DEFENDANT (IF CONSOLIDATED PROOF OF CLAIM) | BASIS FOR CLAIM | CASE NUMBER |
|---|---|---|---|---|---|
| 613 | Fulford, Stephen H, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Overseas Carriers Corp. | Personal Injury/Wrongful Death | 93-cv-000044 |
| 613 | Hawkins, Sr., Edward T, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Overseas Oil Carriers Inc. | Personal Injury/Wrongful Death | 11-cv-35175 |
| 613 | Hunter, Samuel, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Luckenbach Overseas Corp. | Personal Injury/Wrongful Death | 93-2-02637-4 |
| 613 | Johnson, Jr., James, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Intercontinental Bulktank Corp. | Personal Injury/Wrongful Death | 93-cv-000053 |
| 613 | Majeski, Robert P, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Luckenbach Overseas Corp. | Personal Injury/Wrongful Death | 96-cv-10157 |
| 613 | Mims, William Y, Dec'd - Willard E. Bartel Administrator | OSG Bulk Ships, Inc. | Intercontinental Bulktank Corp. | Personal Injury/Wrongful Death | 93-cv-000058 |
| 613 | Safford, Jesse J | OSG Bulk Ships, Inc. | Overseas Bulktank Corporation | Personal Injury | 93-cv-000066 |
| 613 | Safford, Jesse J | OSG Bulk Ships, Inc. | Sea Tankers Inc. | Personal Injury | 93-cv-000066 |
| 625 | Davis, John J, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000094 |
| 625 | Fincher, Sr., Jabe J, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000099 |
| 625 | Finklea, Leroy, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000040 |
| 625 | Franklin, Charles | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury | 93-cv-000042 |
| 625 | Fulford, Stephen H, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000044 |
| 625 | Hawkins, Sr., Edward T, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 11-cv-35175 |
| 625 | Hernandez, Victor, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000049 |
| 625 | Mims, William Y, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Personal Injury/Wrongful Death | 93-cv-000058 |
| 625 | Safford, Jesse J | Overseas Shipholding Group, Inc. | Maritime Overseas Corporation | Other | 93-cv-000066 |
| 627 | Hawkins, Sr., Edward T, Decd - Willard E. Bartel, Administrator | Overseas Shipholding Group, Inc. | Intercontinental Carriers, Inc. | Personal Injury/Wrongful Death | 11-cv-35175 |
| 634 | Fulford, Stephen H, Dec'd - Willard E. Bartel Administrator | Overseas Shipholding Group, Inc. | Intercontinental Carriers, Inc. | Personal Injury/Wrongful Death | 93-cv-000044 |
| 1468 | Myrna Hawkins as Successor-in-Interest to Theodore V. Hawkins, deceased | Overseas Shipholding Group, Inc. | | Personal Injury/Wrongful Death | CGC03418793 |